# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SELECT SPECIALTY HOSPITAL –      )
BLOOMINGTON, INC., *et al.*, and      )
     )
SELECT SPECIALTY HOSPITAL –      )
AUGUSTA, INC., *et al.*,      )
     )    **Civil Case No. 09-2008 (RJL),**
         Plaintiffs,      )
     )    **consolidated with**
         v.      )
     )    **Civil Case No. 09-2362 (RJL)**
KATHLEEN SEBELIUS, *Secretary,*      )
*U.S. Dep't of Health and Human Services*      )
     )
         Defendant.      )

## ORDER

For the reasons set forth in the Memorandum Opinion entered this __15th__ day of

September 2012, it is hereby

**ORDERED** that plaintiffs' Supplemental Motion for Summary Judgment [Dkt.#38][1] is DENIED; it is further

**ORDERED** that defendant's Cross-Motion for Summary Judgment [Dkt. #39] is GRANTED; and it is further

**ORDERED** that the above-captioned cases are DISMISSED.

_____
RICHARD J. LEON
United States District Judge

---

[1] All docket references herein are to the docket in lead Civil Case No. 09-2008. The respective docket numbers for the motions in Civil Case No. 09-2362 are numbers 41 and 44.